RECEIVED
MAY - 2 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 6:05-60063 |
| | | CIVIL NO. 6:13-0678 |
| VERSUS | * | JUDGE DOHERTY |
| BYRAN JOSEPH AUGUSTINE | * | MAGISTRATE JUDGE HILL |

### JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that Byran Joseph Augustine's Motion to Correct Illegal Sentence [rec. doc. 131] filed pursuant to Title 28 U.S.C. § 2255 be **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ____2____ day of __May__, 2013.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE